U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED    SHREVEPORT

OCT 0 2 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

_Darrell Watts #458997_

Full Name of Plaintiff, Prisoner Number

5:13-cv-2796 SecP

Civil Action

VS.

_____

Judge

_Pamela R. Hearn Et, Al_

Defendant

_____

Magistrate Judge

## COMPLAINT

I.  Previous Lawsuits

    A.  Have you begun any other lawsuit while incarcerated or detained in any facility?
        Yes ☐        No ☒

    B.  If your answer to the preceding question is yes, provide the following information.

        1.  State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

                _____

                _____

        2.  Name the parties to the previous lawsuit(s):

            Plaintiffs:   _____

            Defendants:  _____

        3.  Docket number(s): _____

        4.  Date(s) on which each lawsuit was filed: _____

        5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

                _____

2

has been dismissed?
Yes _____    No _____

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. Name of institution and address of current place of confinement:

_David Wade Correctional Center, 670 Bell Hill Rd, Homer, La, 71040_

B. Is there a prison grievance procedure in this institution?
Yes __✳__    No _____

 1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
 Yes __✳__    No _____
 If Yes, what is the Administrative Remedy Procedure number? _____

 2. If you did not file an administrative grievance, explain why you have not done so.

 _____

 _____

 3. If you filed an administrative grievance, answer the following question.
 What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

 _____

 _____

 Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

A. Name of Plaintiff _Darrell Watts #458997_

Address _D.W.CC. 670 Bell Hill Rd, Homer, La. 71040_

B. Defendant, _Pamela R. Hearn_ , is employed as

_Doctor_ at _DWCC 670 Bell Hill Rd, Homer La. 71040_

Defendant, _Kenneth R. Fuller_ , is employed as

_Doctor_ at _DWCC 670 Bell Hill Rd, Homer, La. 71040_

Defendant, _Robert Rochelle_ , is employed as

_Warden_ at _DWCC 670 Bell Hill Rd, Homer, La. 71040_

Additional defendants _____

_____

IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

<u>STATEMENT TO CLAIM</u>

THE plaintiff DARRELL WATTS is UNDER imminent danger of serious physical injury SEVERE epileptic Seizure and fearful that he would suffer CONTINUED SEVERE epileptic Seizures. states a SERIOUS Medical need, a REAL danger. plaintiff does meet THE IMMENENT danger standard COURTS HAVE held that immenent physical injury must EXIST AT THE TIME THE complaint is filed. THE only EXCEPTION TO THE paying of filing fees is if the inmate is UNDER imminent danger of Serious physical injury SEVERE Epileptic Seizury.

1.

# STATEMENT of Claim

In 2013, Darrell Watts filed a pro-se 1983 Civil Rights Complaint that his Constitutional rights were violated when a prison Doctor initially ignored his pleas for treatment of Severe epileptic Seizures. The Complaint & exhibits Demonstrate that the delay was attributable to Dr. Pamela Hearn Medical Director changed Darrell Watts Severe epileptic Seizure elivill Medication. Watts became Concerned for his Health. He called his Mother & told her he wasn't being Given his elivill Medication frequently enough of at the full dosage. When he Complained, D.W.C.C. prison officials filed Disciplinary Report Rule #1 against Watts. Meanwhile, Watts continued to suffer Severe epileptic Seizures in his segregation cell in the D.W.C.C. facility. The delay in care Caused added pain, Darrell Watts Contacted Jerry Goodwin Warden about the problems he was having with his Seizures Medication. In turn Watts Attorney Ronald R. Johnson seek to obtain Watts request for a transfer to Hunts. Mr. Johnson talked to D.W.C.C officials who promised that Watts would be transfered to Hunts so Watts can receive the proper Medical care for Severe epileptic Seizures.

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

1. THAT THIS Honorable Court ORDER Doctor Pamela R. Hearn to change Watts Seizure Medication TO Elivill

## VI. Plaintiff's Declaration

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 30 day of September, 2013.

#458997

Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons or Alien registration number)

✱ Darrell Watts

Signature of Plaintiff

5/2006

<u>Relief</u>

(2) That This Honorable Court ORDER Jerry Goodwin Warden to Grant Darrell Watts Administrative Request for TRANSFER from present Housing at "Wade" To Elayn Hunts Correctional Center so Watts can receive the proper Medical Care for Severe epileptic Seizures.

(3) $75,000.00 Thousand dollars Compensatory Damages

/S/ Darrell Watts
Darrell Watts # 458997
D.W.C.C.
670 Bell Hill Road
Homer. Louisiana. 71040